United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JESUS MORENO FLORES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:26-CV-06971** |
| | § | |
| **WARDEN JOE CORLEY PROCESSING CENTER, HOUSTON FIELD OFFICE DIRECTOR, DAVID VENTURELLA, MARKWAYNE MULLIN and TODD BLANCHE,** | § § § § § | |
| | § | |
| **Respondents.** | § | |

**ORDER OF DISMISSAL**

Jesus Moreno Flores filed a petition for writ of habeas corpus on August 21, 2026. (Dkt. No. 1 at 1—17). This Court ordered the Respondents to Show Cause why the petition should not be granted on August 27, 2026. (Dkt. No. 6 at 1—2). The Respondents have advised the Court that Flores agreed to voluntarily depart the United States on September 21, 2026. (Dkt. No. 9-1 at 2). Flores left the United States through Harlingen, Texas, on October 1, 2026. (*Id.*).

Flores is no longer in the custody of Respondents. "Because [Flores] has been removed from this country, the relief requested cannot be granted." *Hernandez Cerrato v. Sanchez*, No. 26-40091, 2026 WL 2101847, at *1 (5th Cir. July 21, 2026) (unpublished).

The case is therefore **DISMISSED AS MOOT**.

Signed on October 6, 2026.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**